UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60723-BLOOM

LIONAL DALTON,

    Plaintiff,

v.

BC HUNTER & KIRK INVESTMENTS, INC.,
and KYLE PLUMBING II, INC.
d/b/a Kyle Plumbing,

    DefendantS.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice, ECF No. [9]. The Court having considered the Notice and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the Notice of Voluntary Dismissal With Prejudice, **ECF No. [9], is approved and adopted**, and the above-styled case is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement between the parties. To the extent not otherwise disposed of, all pending motions are hereby denied as moot. The **CLERK** is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 21st day of April, 2016.

                                              **BETH BLOOM**
                                              **UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record